227 So.2d 372

Charles DAVIS, individually and on behalf
of his minor children Charles
Davis, Jr., and Jerry Davis

v.

ROYAL–GLOBE INSURANCE COMPANIES
and Louis C. Philips.

No. 50055.

Nov. 6, 1969.

In re: Louis C. Philips and Globe Indemnity Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 223 So.2d 912.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

HAMITER, J., concurs in granting, but should be limited to assignments 1, 2, 3 and 8.